David H. Waters, CASB# 078512
Melissa A. Horst, CASB# 253032
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        dwaters@burnhambrown.com
              mhorst@burnhambrown.com

Attorneys for Plaintiff
NIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 1:10-CV-00238-LJO-DLB<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Date:  April 15, 2010<br>Time: 9:15 a.m.<br>Courtroom:  9 (6th Floor)<br>Judge:  Hon. Dennis L. Beck,<br>U.S. Magistrate Judge |

Pursuant to Stipulation entered into by Plaintiff Navigators Insurance Company ("NIC") and defendants Admiral Insurance Company ("Admiral") and Lexington Insurance Company ("Lexington") and submitted on March 31, 2010,

///

///

///

1

ORDER CONTINUING SCHEDULING CONFERENCE                      1:10-CV-00238-LJO-DLB

1   IT IS HEREBY ORDERED that the Stipulation Continuing Scheduling Conference is
2   hereby granted and continued to July 30, 2010 at 9:00 a.m.

4   IT IS SO ORDERED.

    Dated:   **March 31, 2010**                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE