IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 10-0238 LJO JLT<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

This Court's October 22, 2010 order vacated dates and ordered plaintiff to file appropriate papers to dismiss or conclude this action in its entirety, no later than November 19, 2010. Plaintiff has not filed a Dismissal pursuant to F.R.Civ.P. 41(a)(1). On the basis of good cause, this Court ORDERS plaintiff, no later than December 9, 2010, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or counsel for failure to comply with the Court's order. This Order to Show Cause will be discharged if, no later than December 9, 2010, plaintiff files appropriate papers to dismiss this action and to comply with F.R.Civ.P. 41(a)(1). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:    December 1, 2010**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE