David H. Waters, State Bar No. 078512
Email: dwaters@burnhambrown.com
Melissa A. Horst, State Bar No. 253032
Email: mhorst@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for Plaintiff
NAVIGATORS SPECIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.   1:10-CV-00238-LJO-JLT<br><br>**STIPULATED DISMISSALS OF COMPLAINT, COUNTER-CLAIM, CROSS-CLAIM AND THIRD PARTY COMPLAINT; ORDER DISMISSING ACTION** |

Plaintiff NAVIGATORS SPECIALTY INSURANCE COMPANY (fka NIC INSURANCE COMPANY)("NAVIGATORS SPECIALTY"), Defendant/Counter-Claimant/Cross-Complainant and Third Party Plaintiff ADMIRAL INSURANCE COMPANY ("ADMIRAL"), and Defendant and Cross-Defendant LEXINGTON INSURANCE COMPANY ("LEXINGTON") hereby stipulate as follows:

    1.    This action shall be dismissed in its entirety, with prejudice, each party to bear its own costs and fees, including:

        a.    NAVIGATORS SPECIALTY's Complaint; and

        b.    ADMIRAL's Counter-Claim, Cross-Claim and Third Party Complaint.

///

///

IT IS SO STIPULATED.

DATED: _____    BURNHAM BROWN

By___/s/_____
DAVID H. WATERS
Attorneys for Plaintiff NAVIGATORS
SPECIALTY INSURANCE COMPANY

DATED: _____    BOORNAZIAN, JENSEN & GARTHE

By_____/s/_____
DAVID J. GARTHE
Attorneys for Defendant/Counter-
Claimant/Cross-Complainant and Third Party
Plaintiff ADMIRAL INSURANCE COMPANY

DATED: _____    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

By_____/s/_____
JAY A. CHRISTOFFERSON
Attorneys for Defendant and Cross-Defendant
LEXINGTON INSURANCE COMPANY

## ORDER DISMISSING ACTION

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, each party to bear its own costs and fees, including NAVIGATORS SPECIALTY's Complaint and ADMIRAL's Counter-Claim, Cross-Claim and Third Party Complaint. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

DATED: _December 7, 2010___

__/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
United States District Judge